UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PENNY DAVENPORT, individually and on behalf of others similarly situated, et al., ) ) ) ) ) Plaintiffs, ) ) v. ) ) CHARTER COMMUNICATIONS, LLC, ) ) ) Defendant. ) | Case No. 4:12CV0007 AGF |

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On March 27, 2014, the Court entered a Memorandum and Order (Doc. No. 172) conditionally certifying Count I of Plaintiffs' complaint as collective action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and ordering the parties to proceed with the exchange of information and other tasks necessary to effect notice to putative class members.

Since the issuance of that Order, Plaintiffs have filed a motion for equitable tolling of the FLSA statute of limitations (Doc. No. 173) and Defendant has filed a motion for reconsideration of the conditional certification ruling and to stay this action pending the issuance of a ruling on that motion (Doc. No. 179.) Defendant's filed its motion on April 7, 2014, and it is not yet ripe for review.

Upon consideration of each of the pending motions, and the potential effect of

each on this action, the Court will stay all proceedings in this matter at least until such time as the parties have completed their briefing of the motion for reconsideration.

Accordingly,

**IT IS HEREBY ORDERED** that all proceedings in this matter are **STAYED** pending further order of the Court.

*Audrey G. Fleissig*  
AUDREY G. FLEISSIG  
UNITED STATES DISTRICT JUDGE

Dated this 10th day of April, 2014.